AO 91 (Rev. 02/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
**FILED**

MAR 2 9 2015

Clerk of Court

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. M-15-0469-M |
| Raquel CABALLERO-Munoz (Mexican national) 1961 | ) ) ) | |
| *Defendant* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of __03/28/2015__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant violated __Title 21__ U. S. C. § __841/952__, an offense described as follows:

defendant did knowingly and intentionally posses with the intent to distribute and did knowingly and intentionally import from the United Mexican states into the United States approximately 11.4 kilograms of cocaine a scheduled II controlled substance

This criminal complaint is based on these facts:

On March 28, 2015, a 2008 gold Jetta displaying Mexico License plates XJD2742 was attempting to make entry into the United States at the Hidalgo, Texas Port of Entry. The vehicle was driven by Raquel CABALLERO-Munoz. Customs and Border Protection Officer (CBPO) Ryan Gayadeen was working primary and made contact with CABALLERO-Munoz.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Raul Garza Jr., Special Agent HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __03/29/2015__

_____
*Judge's signature*

City and state: __McAllen, Texas__     Dorina Ramos, US Magistrate Judge
*Printed name and title*

CBPO Gayadeen asked CABALLERO-Munoz what her purpose of travel into the United States was. CABALLERO-Munoz advised that she was going shopping at the Wal-Mart store with her husband (passenger). CBPO Gayadeen asked CABALLERO-Munoz who the owner of the vehicle was. CABALLERO-Munoz advised that the vehicle belonged to her and she was the sole owner. CBPO Gayadeen asked CABALLERO-Munoz if she had anything to declare. CBPO Gayadeen received a negative declination from CABALLERO-Munoz and the passenger. The vehicle was referred to secondary inspection due to a system generated mandatory referral.

At secondary, CBPO Bejar made contact with CABALLERO-Munoz (driver) and the passenger and obtained a negative declination from both. CBPO Bejar asked CABALLERO-Munoz who the vehicle belonged to. CABALLERO-Munoz advised that she was the owner of the vehicle. CABALLERO-Munoz also stated that she had crossed in the vehicle approximately a month prior. During questioning, CBPO Bejar noticed that CABALLERO-Munoz would not stay still and would not make eye contact with him. CBPO Bejar advised that CABALLERO-Munoz appeared extremely nervous while the vehicle was being inspected.

CBP Canine Officer E. Clough and his canine partner "Miso" conducted a canine inspection of the vehicle. "Miso" indicated a positive alert in the back seat area of the Jetta for the presence of narcotics. The vehicle was taken to VACIS x-ray which revealed anomalies in the back seat area of the Jetta.

The back seat of the Jetta was inspected further and found to have a man-made compart containing 10 compressed bundles of suspected cocaine. The suspected cocaine was field tested and tested positive for the presence of cocaine. The total weight of the 10 bundles of suspected cocaine was approximately 11.4 kilograms.

Homeland Security Investigations (HSI), McAllen, Texas Special Agent Raul Garza responded to the Hidalgo, Texas POE to interview CABALLERO-Munoz and the passenger. Prior to questioning, CABALLERO-Munoz was read her Miranda Warnings which she waived and voluntarily spoke with SA Garza.

During the interview, CABALLERO-Munoz claimed ownership of the Jetta and advised that he had purchased the vehicle about a year ago for $2800.00 in United States currency. CABALLERO-Munoz advised that she had paid for the vehicle in cash. SA Garza asked CABALLERO-Munoz if the vehicle was registered to her. CABALLERO-Munoz advised that she had not been able to change the title because the sales person who sold her the vehicle had not signed necessary documents but the vehicle was hers. CABALLERO-Munoz also advised that she was unemployed.

SA Garza asked CABALLERO-Munoz what her purpose of travel was today. CABALLERO-Munoz that she was going to purchase some parts for a vehicle at a junk yard and also was going shopping at Wal-Mart. CABALLERO-Munoz was asked if she knew why she was being questioned. CABALLERO-Munoz advised that she believed agents found drugs in the car or it was stolen.

SA Garza asked CABALLERO-Munoz if she was being honest about her travel to the United States. CABALLERO-Munoz changed her story and advised that she had been paid $200.00 dollars to drive the vehicle to Wal-Mart so someone could pick it up from her. CABALLERO-Munoz could not provide a name of the person who sent her and only described him as a heavy set Hispanic male with tattoos. CABALLERO-Munoz advised that she was told that she was going to be driving United States currency into Mexico.

SA Garza asked CABALLERO-Munoz where she believed this currency was from. CABALLERO-Munoz advised that money was from drug proceeds and believed the person who paid her was involved in drugs. SA Garza asked CABALLERO-Munoz again why she was being detained. CABALLERO-Munoz advised that she could have been crossing marijuana, cocaine, or heroin. CABALLERO-Munoz also advised that she hoped agents found drugs so it would be stopped. SA Garza asked CABALLERO-Munoz if they found drugs in the car where she would think they were at. CABALLERO-Munoz advised that she knew the currency was being smuggled in the back seat area of the Jetta.

SA Garza asked CABALLERO-Munoz how many times she had been paid for crossing the vehicle. CABALLERO-Munoz advised that she crossed the vehicle three times for this subject and was paid $200.00 dollars each time.

CABALLERO-Munoz advised that she was instructed to drive to Wal-Mart in Hidalgo, Texas, and to stay there for three hours. After the three hours, the vehicle would be ready to take back to Mexico.